## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Patrick J. Doheny, Jr.,         :
an adult individual,            :
          Petitioner     :
                         :
          v.            :    No. 253 M.D. 2017
                         :
Commonwealth of Pennsylvania,  :
Department of Transportation,    :
Bureau of Driver Licensing, a     :
governmental agency; Janet L.     :
Dolan, an adult individual; Kara N.  :
Templeton, an adult individual;    :
William A.Kuhar, Jr., an adult     :
individual; Terrance M. Edwards, an  :
adult individual; Donald J. Smith, an  :
adult individual; William J. Cressler,  :
an adult individual; and Philip      :
Murray Bricknell, an adult individual, :
          Respondents

## O R D E R

NOW, October 19, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

 

_____
MARY HANNAH LEAVITT,
President Judge